JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINEKE ALEN FERGUSON,<br><br>               Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. 2:17-cv-03228-SHK<br><br>JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is AFFIRMED and this case is DISMISSED consistent with this Court's Order.

DATED: 6/8/2018

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge